No. 75–6908.   Iglesias-Contreras *v.* United States. C. A. 9th Cir.   Certiorari denied.

No. 75–6910.   Apuzzo *v.* Robertson.   Sup. Ct. Conn. Certiorari denied.

No. 75–6912.   Robinson *v.* United States.   C. A. 5th Cir. Certiorari denied.

No. 75–6913.   Tyczkowski *v.* United States.   C. A. 3d Cir.   Certiorari denied.

No. 75–6915.   Walsh *v.* New York.   App. Term, Sup. Ct. N. Y., 2d and 11th Jud. Dists.   Certiorari denied.

No. 75–6916.   Chicoine *v.* Village of Mogadore.   C. A. 6th Cir.   Certiorari denied.

No. 75–6918.   Tarkowski *v.* Smart.   C. A. 7th Cir.   Certiorari denied.

No. 75–6919.   Clay *v.* United States.   C. A. 4th Cir. Certiorari denied.

No. 75–6920.   Floyd *v.* United States.   C. A. D. C. Cir. Certiorari denied.

No. 75–6921.   Jones *v.* United States; and
No. 75–6946.   Carter *v.* United States.   C. A. 4th Cir. Certiorari denied.

No. 75–6922.   Mason et al. *v.* Belieu et al.   C. A. D. C. Cir.   Certiorari denied.

No. 75–6924.   Gaye *v.* Wainwright, Secretary, Department of Offender Rehabilitation of Florida.   C. A. 5th Cir.   Certiorari denied.